[No. 11976–1–I. Division One. July 22, 1985.]

GORDON BURNS, *Appellant*, v. HARRY B. RICH, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 80–2–15902–0, Warren Chan, J., entered June 16, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Webster, J., and Petrie, J. Pro Tem.

[No. 6247–3–III. Division Three. July 23, 1985.]

*In the Matter of the Marriage of* CHRISTINA T. HUENNEKE, *Respondent, and* JOHN C. HUENNEKE, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 83–3–00132–4, Philip M. Raekes, J. Pro Tem., entered November 28, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6344–5–III. Division Three. July 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM S. GANO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 83–1–00044–1, Harold D. Clarke, J., entered January 25, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and McInturff, J.